**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| First Ascent Ventures, Inc., ) | No. CV 06-1794-PHX-JAT |
| ) | |
| Plaintiff/counter-defendant, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| DLC Dermacare, LLC, ) | |
| ) | |
| Defendant/counter-claimant. ) | |
| ) | |

    Pending before the Court is Plaintiffs'/Counterdefendants' Motion for Extension To File Response to DLC Dermacare, LLC's Application for Attorneys' Fees (Doc. # 104). The deadline for responding to Dermacare's attorneys' fees motion has passed. Plaintiffs/Counterdefendants missed the deadline because of a failure of their counsels' electronic calendaring system. Counsel for Plaintiffs/Counterdefendants called Dermacare's counsel to ask for an agreed extension. After consulting with the client, Dermacare's counsel refused.

    Pursuant to Fed. R. Civ. P. 6(b), the Court can grant the requested extension even though the filing deadline has passed if the failure to file resulted from excusable neglect. In making a determination of excusable neglect, the Court considers: the danger of prejudice to the opposing party, "the length of the delay, and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control

1 of the movant, and whether the movant acted in good faith." *Pioneer Inv. Services Co. v. Brunswick Associates Ltd. Partnership*, 507 U.S. 380, 395 (1993).[1]

The Court finds that these factors weight in favor of granting the extension of time. Dermacare will not be prejudiced by allowing Plaintiffs/Counterdefendants to file a response; the delay is not long; Plaintiffs/Counterdefendants have provided adequate reason for the delay - calendaring system glitch; granting the extension will not disturb future judicial proceedings in the case; and Plaintiffs/Counterdefendants have not acted in bad faith.

Accordingly,

IT IS HEREBY ORDERED GRANTING Plaintiffs'/Counterdefendants' Motion for Extension To File Response to DLC Dermacare, LLC's Application for Attorneys' Fees (Doc. # 104).

IT IS FURTHER ORDERED that Plaintiffs/Counterdefendants shall have until January 30, 2007 to file their Response.

DATED this 22nd day of January, 2007.

James A. Teilborg
United States District Judge

---

[1] The analysis set out in *Pioneer Inv. Services Co. v. Brunswick Associates Ltd. Partnership,* 507 U.S. 380 (1993) applies to determinations of "excusable neglect" under Fed. R. Civ. P. 6(b). *See Committee for Idaho's High Desert, Inc. v. Yost*, 92 F.3d 814, 825 n.4 (9th Cir. 1996)