**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| First Ascent Ventures, Inc., a Colorado corporation; First Ascent Lone Tree, Inc., a Colorado corporation;<br><br>        Plaintiffs,<br><br>v.<br><br>DLC Dermacare, LLC, an Arizona limited liability company,<br><br>        Defendant. | No. CV-06-1794-PHX-JAT<br><br>**ORDER** |
| DLC Dermacare, LLC, an Arizona limited liability company,<br><br>        Counterclaimant,<br><br>v.<br><br>First Ascent Ventures, Inc., a Colorado corporation; First Ascent Lone Tree, Inc., a Colorado corporation; Peter C. Hill and Elizabeth S. Hill, husband and wife; Randal A. Dick and Laura G. Dick, husband and wife,<br><br>        Counterdefendants. | |

Pending before the Court is Dermacare's Motion for Extension of Time for Filing Notice of Appeal (Doc. # 108) and supplement in support (Doc. # 110). Dermacare asks the Court to treat its timely Motion for Attorneys' Fees as a timely motion under Federal Rule of Civil Procedure 59 for the purposes of calculating the time for appeal under Federal Rule of Appellate Procedure 4(a)(4). Dermacare represents that counsel for Plaintiffs/Counterdefendants do not oppose the proposed extension. The Court therefore grants the request pursuant to Federal Rule of Civil Procedure 58(c)(2).

Accordingly,

IT IS ORDERED GRANTING Dermacare's Motion for Extension of Time for Filing Notice of Appeal (Doc. # 108).

IT IS FURTHER ORDERED that Dermacare's Motion for Award of Attorneys' Fees shall have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Federal Rule of Civil Procedure 59.

Dated this 6th day of February, 2007.


James A. Teilborg
United States District Judge